IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFREY ALLEN BLAIR,

      Plaintiff,                              No. CIV S-11-0104 EFB P

    vs.

SHASTA COUNTY JAIL,

      Defendant.                          ORDER

        Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

        Currently pending is plaintiff's January 24, 2011, motion for voluntary dismissal. Subject to exceptions not applicable here, a plaintiff may voluntarily dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. Fed. R. Civ. P. 41(a)(1)(A). Defendants have not yet appeared in this action.

        Accordingly, it is ORDERED that this case is dismissed without prejudice.

DATED: February 7, 2011.

*[signature: Edmund F. Brennan]*

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE